JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-3629-VBF(PLAx)**                              Dated: **October 7, 2011**

Title:   Ray Warren Exley -v- Aetna Life Insurance Company, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

    Joseph Remigio                              None Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER DISMISSING ACTION IN ITS ENTIRETY**

In light of the request for dismissal of the entire action with prejudice, filed by the Plaintiff on October 7, 2011 [Docket No. 20], this action is hereby dismissed in its entirety. *See* Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

MINUTES FORM 90                                Initials of Deputy Clerk   ___jre___
CIVIL - GEN